IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DELMAR P. MONTGOMERY | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:12-CV-574-Y |
| | § |
| CAROLYN W. COLVIN, ACTING | § |
| COMMISSIONER OF SOCIAL SECURITY | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On August 23, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying Plaintiff's claim for supplemental social security income under Title XVI of the Social Security Act.

An order issued that same day gave all parties until September 6 to serve and file with the Court written objections to the findings. Plaintiff has filed objections and requests that the Court reject the magistrate's findings and render an award of benefits or, alternatively, remand for additional administrative proceedings. The commissioner did not file a response.

After carefully reviewing the findings, the record, the relevant case law, and Plaintiff's objections, applying a *de novo* standard of review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein.  Accordingly, the commissioner's decision is AFFIRMED.

SIGNED September 20, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE